COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-05-381-CR

 

 

LESLIE JAMES FERGUSON                                                   APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

        FROM COUNTY CRIMINAL
COURT NO. 1 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant's AMotion To Dismiss Appeal.@  The motion substantially
complies with rule 42.2(a) of the rules of appellate procedure, so we will
treat it as a motion to withdraw appellant=s notice of appeal.  Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See id.; Tex.
R. App. P. 43.2(f).

PER CURIAM

PANEL D:   WALKER, J.; CAYCE,
C.J.; and MCCOY, J.

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED: December 8, 2005











[1]See Tex. R. App. P. 47.4.